Mark WEBB, as Administrator for the Estate of Sabino Webb, Deceased, Respondent

v.

VOLVO CARS OF NORTH AMERICA, LLC, Volvo Cars Corporation, Petitioners

and

Graco Children's Products, Inc. (d/b/t/a Newell Rubbermaid, Inc.), William Julian, and Ana (Webb) Soares, Respondents

No. 541 EAL 2016

Supreme Court of Pennsylvania.

May 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

INVESTORS COMMERCIAL CAPITAL LLC, Servicing Agent for the Bank, Respondent

v.

UNKNOWN HEIRS, DEVISEES, ETC. CLAIMING RIGHT, TITLE OR INTEREST FROM OR UNDER Henry A. KOPACZ, Deceased as Mortgagor and Kopacz Irrevocable Family Trust, as Real Owner, Petitioners

No. 461 EAL 2016

Supreme Court of Pennsylvania.

May 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of May, 2017, the Petition for Allowance of Appeal is DENIED.